CLERK OF DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
FILED

2023 FEB 21 PM 2:33

DEPUTY CLERK _____

115223345

US MARSHALS SERVICE NTX
FORT WORTH

2023 FEB 15 A 9:05

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:23-MJ-126

DEBORAH JOY ARMSTRONG (01)
a/k/a "Deb"

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **DEBORAH JOY ARMSTRONG**, also known as Deb, and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of **21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B))**.

_Hal R. Ray, Jr._
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 14TH day of February 2023.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02-14-23 | | |
| DATE OF ARREST: 02-21-23 | Brian Finney | _signature_ |