# United States District Court
## for the Northern District of Texas
### Fort Worth Division

**United States of America**
  *Plaintiff*,

v.

**Deborah Joy Armstrong**,
  *Defendant*.

Case No. 4:23-CR-061-Y(1)

45320-510
Federal Register Number

### ORDER ON MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2) AND AMENDMENTS 821 & 825 TO THE FEDERAL SENTENCING GUIDELINES

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on the amendment found at

**USSG § 4A1.1(d) & (e) Criminal History Status Points,**

which has been made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u), and having considered such motion, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a) (to the extent that they are applicable) and for the reasons detailed in the Statement of Reasons, the motion is **GRANTED**, and the defendant's previously imposed sentence of imprisonment of 188 months is reduced to 168 months. Except as otherwise provided, all of the provisions of the judgment dated August 30, 2023, shall remain in effect.

The defendant is eligible for a sentence reduction, and after considering the factors set forth in 18 U.S.C. § 3553(a) and the defendant's post-sentencing conduct, the Court grants the motion.

Signed: April 2, 2024

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE